# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

JENNIFER RODRIGUEZ, individually and
on behalf of all others similarly situated,

           Plaintiff,

v.

CRG LYNWOOD, LLC d/b/a Lynwood
Manor, a Delaware entity,

           Defendant.

Case No.: 2:24-cv-11576-LJM-CI

Hon. Laurie J. Michelson

---

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

PLEASE TAKE NOTICE THAT, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Jennifer Rodriguez ("Plaintiff") hereby files her Notice of Voluntary Dismissal of her claims against Defendant CRG Lynwood, LLC d/b/a Lynwood Manor, without prejudice.

Dated: January 23, 2026

Respectfully submitted,

**EKSM, LLP**

*/s/ Leigh S. Montgomery___*
Leigh S. Montgomery
Texas Bar No.: 24052214
4200 Montrose Boulevard, Suite 200
Houston, TX 77006
Tel: (888) 350-39312
Service@eksm.com

-and –

**BLANCHARD & WALKER PLLC**

*/s/ David M. Blanchard_____*
David M. Blanchard (P67190)
*Local Counsel for Plaintiff and*
*Proposed Class Members*
221 N. Main Street, Suite 300
Ann Arbor, MI 48104
(734) 929-4313
blanchard@bwlawonline.com

**COUNSEL FOR PLAINTIFF AND PUTATIVE CLASS
AND COLLECTIVE ACTION MEMBERS**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 23rd day of January 2026, a true and correct copy of the foregoing document was filed with the Clerk of Court through the Court's electronic system, which will send electronic notification to all counsel of record.

*/s/ Leigh S. Montgomery*___
Leigh S. Montgomery